UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) No. 14 CR 287-4 |
| v. | ) <br> ) Judge Norgle |
| ASIF A. ASLAM | ) |

**GOVERNMENT'S MOTION**
**TO SET SENTENCING DATE FOR DEFENDANT ASIF A. ASLAM**

The UNITED STATES OF AMERICA, by JOHN R. LAUSCH, Jr., United States Attorney for the Northern District of Illinois, respectfully moves this Court to set defendant Aslam's sentencing date for the week of November 12, 2018, or as soon thereafter as may be convenient to the court. In support, the government states as follows:

1. On or about May 15, 2014, defendant Aslam, along with his five co-defendants, was charged in a multi-count indictment with bank fraud, in violation of 18 U.S.C. § 1344, and making false statements to financial institutions, in violation of 18 U.S.C. § 1014, for engaging in a mortgage fraud scheme related to the Vision on State condominium development in Chicago's South Loop neighborhood. On October 14, 2016, defendant Aslam entered a guilty plea, pursuant to a plea agreement, to Count 4 of the indictment, the charge of bank fraud in violation of 18 U.S.C. § 1344.

2. The court initially set defendant Aslam's sentencing for March 2017, and the Probation Office filed its presentence investigation report in January 2017. However, defendant Aslam's sentencing was continued several times, based upon his counsel's assertions of defendant Aslam's poor health and inability to travel to Illinois. More recently, in about early July 2018, defendant Aslam's counsel told the undersigned that defendant Aslam was prepared,

and able, to be sentenced. His counsel stated that he promptly would communicate with the court to ask that it set a sentencing date. That did not occur. Since then, the undersigned Assistant United States Attorney has attempted on many occasions, by leaving voicemail messages and sending e-mails, to contact counsel for defendant Aslam in order to find an agreed date for the sentencing, particularly since defendant Aslam will need to fly to Chicago for the sentencing. None of those calls or e-mails have been returned.

3. Therefore, the United States now moves the court to set a sentencing date for the week of November 12, 2018, or as soon thereafter as is convenient to the court.

WHEREFORE, the United States requests that the court set the sentencing for defendant Asif Aslam for the week of November 12, 2018, or as soon thereafter as is convenient for the court.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Sarah J. North
    SARAH J. NORTH
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-1413
    sarah.north@usdoj.gov