UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) No. 14 CR 287-4 |
| v. | ) <br> ) Judge Norgle |
| ASIF A. ASLAM | ) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on October 5, 2018, at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge Norgle in the courtroom usually occupied by him in the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the GOVERNMENT'S MOTION TO SET SENTENCING DATE FOR DEFENDANT ASIF A. ASLAM, at which time and place you may appear, if you see fit.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Sarah J. North
SARAH J. NORTH
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1413
sarah.north@usdoj.gov