# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                               Case No.: 1:14–cr–00287

                                                                     Honorable Charles R. Norgle Sr.

Asif A Aslam, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 4, 2018:

      MINUTE entry before the Honorable Charles R. Norgle: Motion to Set Sentencing Date for Defendant Asif A. Aslam [277] is granted. Sentencing is set for 11/15/2018 at 10:30 a.m. The parties are not required to appear before the court on Friday, October 5, 2018. Mailed notice (ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.