## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| The United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **1:** 14 cr 287 |
| | ) | |
| | ) | |
| -vs- | ) | **Hon. Charles Norgle** |
| | ) | |
| Asif Aslam, et alias, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### AGREED ORDER

By agreement of the parties hereto, it is ordered that the sentencing date for Asif Aslam, previously set in this matter of January 10, 2019, is stricken. Sentencing of the defendant Asif Aslam is set for January _23__, 2019 at 10:30 AM.

_____

Hon. Charles Norgle          1/9/2019

**Prepared by:**
**Michael C. Goode, Esq.**
**Attorney for the defendant, Asif Aslam,**
**221 North LaSalle Street, suite 1320**
**Chicago, Illinois 60603**
**(312) 541-1331**
**ARDC no. 3125086**