IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| The United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | 1: 14 cr 287 |
| | ) | |
| -vs- | ) | Hon. Charles Norgle |
| | ) | |
| Asif Aslam, et alias, | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED ORDER**

By agreement of the parties hereto, it is ordered that the sentencing date for Asif Aslam, previously set in this matter of February 26, 2019, is stricken. Sentencing of the defendant Asif Aslam is set for March 14, 2019 at 10:30 AM.

_____
Hon. Charles Norgle
2/25/2012

Prepared by:
Michael C. Goode, Esq.
Attorney for the defendant, Asif Aslam,
221 North LaSalle Street, suite 1320
Chicago, Illinois 60603
(312) 541-1331
ARDC no. 3125086