

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| The United States of America, | ) |
| | ) |
| Plaintiff, | ) 1: 14 cr 287 - 4 |
| | ) |
| -vs- | ) Hon. Charles Norgle |
| | ) |
| Asif Aslam, et alias, | ) |
| | ) |
| Defendants. | ) |

## AGREED ORDER

It is ordered that the defendant, Asif Aslam's sentencing date, previously set in this matter for October 1, 2019, is continued to be heard on __11-12__, 2019, at __10:30__ AM/~~PM~~.

This continuance is a FINAL continuance.

_____
Hon. Charles Norgle

10/1/2019

**Prepared by:**
Michael C. Goode, Esq.
Attorney for the defendant, Asif Aslam,
221 North LaSalle Street, suite 1320
Chicago, Illinois 60603
(312) 541-1331
ARDC no. 3125086