IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| ) | No. 14-cr-287 |
| ) | |
| v. ) | Hon. Charles R. Norgle |
| ) | |
| ASIF ASLAM, et al. ) | |
| ) | |
| Defendant. ) | |

### ORDER

On representation of Counsel that Defendant is ill, the sentencing date is stricken and no appearance is required on November 12, 2019. The motion to continue [379] is granted. A new sentencing date will be set as more information is considered.
    IT IS SO ORDERED.

ENTER:

*[signature]*

CHARLES RONALD NORGLE, Judge
United States District Court

DATE: November 12, 2019