UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 14 CR 287-4 |
| v. ) | |
| ) | Judge Charles R. Norgle |
| ASIF A. ASLAM ) | |

**GOVERNMENT'S MOTION TO SET
SENTENCING DATE FOR DEFENDANT ASIF A. ASLAM**

The UNITED STATES OF AMERICA, by JOHN R. LAUSCH, Jr., United States Attorney for the Northern District of Illinois, respectfully moves this Court to set defendant Asif Aslam's sentencing date for a date in March 2020, or as soon as is convenient for the court, and to order that any further requested continuances of the sentencing be supported by a written statement by his treating physician. In support, the government states as follows:

1. On or about May 15, 2014, defendant Aslam, along with his five co-defendants, was charged in a multi-count indictment with bank fraud, in violation of 18 U.S.C. § 1344, and making false statements to financial institutions, in violation of 18 U.S.C. § 1014, for engaging in a mortgage fraud scheme related to the Vision on State condominium development in Chicago's South Loop neighborhood. On October 14, 2016, defendant Aslam entered a guilty plea, pursuant to a plea agreement, to Count 4 of the indictment, the charge of bank fraud in violation of 18 U.S.C. § 1344.

2. The court initially set defendant Aslam's sentencing for March 2017, and the Probation Office filed its presentence investigation report in January 2017. However, Aslam's sentencing has been continued 14 times, on many occasions by agreement, based upon defense counsel's assertions of Aslam's poor health and medical problems. Most recently, Aslam was

scheduled to be sentenced on November 12, 2019, which the court ordered would be the final continuance. Dkt. 375. The day before the sentencing was to occur, Aslam filed a motion to continue that sentencing, stating that his counsel had "learned that Asif Aslam was again in the hospital and had been in the hospital on and off for approximately six weeks, due to his condition of ill-being, most of which is related to his heart or cardiac related problems." Dkt. 379 at ¶3. Among other things, the motion attached a note signed "Cheryl Cosand, MD," which asserted that Aslam was unable to fly between November 5 and 12, 2019. Dkt. 379, Ex. A at 1. The motion asked for the court to continue the sentencing until "a date in February 2020, or as convenient to this court." Dkt. 379 at 3. On November 12, 2019, the court granted the motion, "[o]n representation of Counsel that Defendant is ill," and stated that a "new sentencing date will be set as more information is considered." Dkt. 380.

3. On four occasions, the undersigned has emailed counsel for Aslam to determine when would be an appropriate date for rescheduling the sentencing. The first of those requests, in December 2019, also asked, if it was medically not possible to set a sentencing at this time, that defendant provide a sworn statement from his treating physician to that effect. The government has not received a substantive response to those inquiries.

4. The defendant was convicted three and a half years ago, so this sentencing should take place as soon as possible. Without input from defense counsel on an appropriate date, the United States now moves the court to set a sentencing date in March 2020, or as soon as is convenient to the court.

WHEREFORE, the United States requests that the court set the sentencing for defendant Asif Aslam for a date in March 2020, or as soon as is convenient for the court, and also requests

that if the sentencing is continued for medical reasons, that the defendant provide his treating physician's written statement to support any further continuances.

                              Respectfully submitted,

                              JOHN R. LAUSCH, Jr.
                              United States Attorney

                          By: s/ Sarah J. North
                              SARAH J. NORTH
                              Assistant United States Attorney
                              219 South Dearborn Street
                              Chicago, Illinois 60604
                              (312) 353-1413
                              sarah.north@usdoj.gov