# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                    Case No.: 1:14–cr–00287
                                                     Honorable Charles R. Norgle Sr.

Asif A Aslam, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 17, 2020:

      MINUTE entry before the Honorable Charles R. Norgle as to Asif A Aslam: Sentencing is set for 10/2/2020 at 01:30 p.m. Counsel are to notify the courtroom deputy by 9/24/2020 if the sentencing will be in person or video. Mailed notice (ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.